# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Siler, Eugene E | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>6/1/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>310 South Main Street, Ste 333<br>London, KY 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 Executor | Estate #1 |
| 2. Executor | Estate #2 |
| 3. Executor | Estate #3 |
| 4 Trustee | Trust #1 |
| 5 Trustee | Trust #2 |
| 6. Administrative Board Member | Baptist Regional Medical Center, a part of Baptist Healthcare System, Inc |
| 7. Director | Baptist Healthcare System, Inc |
| 8 Director & Vice-Chairman | National Institute for Hometown Security, Inc. (Erroneously called "National Institute of Homeland Security, Inc " on 2007 report) |
| 9. Trustee | Baptist Healthcare Foundation, Inc. |
| 10 Director | Williamsburg High School Alumni Endowment Association, Inc. |

RECEIVED 2009 JUN -3 A 10: 01 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

**Siler, Eugene E**

2

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria )*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Aspen Institute | May 30-June 1 | Easton, MD | Legal Seminar | Travel, lodging, food |
| 2. | Baptist Healthcare System, Inc. | March 23-25 | Louisville, KY | Board Meeting | Travel, food |
| 3. | University of Cincinnati | April 4-6 | Cincinnati, OH | Moot Court | Travel, food, lodging |
| 4. | Baptist Healthcare System, Inc | June 22-24 | Louisville, KY | Board Meeting | Travel, food |
| 5 | George Mason Law School | April 11-17 | LaJolla, CA | Legal Seminar | Travel, lodging, food. |
| 6. | Baptist Healthcare System, Inc | December 8-9 | French Lick, IN | Board Meeting | Travel, lodging, food. |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 6/1/2009 |

8.

9.

10

11.

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 6/1/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 20 | M |
| 2. Community Trust Bank | Mortgage on rental property, Whitley County, KY Part VII, line 22 | L |
| 3. First State Financial | Mortgage on hunting preserve, Whitley County, KY Part VII, line 19. | K |
| 4. Community Trust Bank | Guarantor on ███ student loans. | L |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 6/1/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Community Trust Bank (Common Stock) | C | Dividend | M | T | | | | | |
| 2.  Community Trust Bank Account | A | Interest | J | T | | | | | |
| 3.  IDEARC (Common Stock) | A | Dividend | J | T | | | | | |
| 4.  KY Mine Supply (Common Stock) | A | Dividend | J | W | | | | | |
| 5.  Verizon (Common Stock) | C | Dividend | L | T | | | | | |
| 6.  Wyeth (Common Stock) | B | Dividend | L | T | | | | | |
| 7.  Exxon Mobil (Common Stock) | E | Dividend | O | T | | | | | |
| 8.  Chevron (Common Stock) | B | Dividend | K | T | | | | | |
| 9.  Regions Financial (Common Stock) | D | Dividend | K | T | | | | | |
| 10.  Am Funds (Mutual IRA) | A | Dividend | K | T | | | | | |
| 11.  Real estate (20A)(Whitley Co, KY) | | None | J | S | Buy (add'l) | 9/16 | K | | D , D.B & Brenda Patrick |
| 12.  Community Trust Bank (NOW) Trust #2 | A | Interest | J | T | | | | | |
| 13.  Vinland, Leases Trust #2. Whitley Co., KY | E | Royalty | | | Distributed | 12/28 | M | A | H. Jeffries Holdings, LLC |
| 14.  Community Trust Bank, Estates 1&2 Accounts | A | Interest | J | T | | | | | |
| 15.  Community Trust Bank Trust #1 Account | A | Interest | J | T | | | | | |
| 16.  Community Trust Bank, Estate #3 Account | A | Interest | K | T | | | | | |
| 17.  Farmers Bank & Capital, Estate #3 Account, CD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 6/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 Hilliard & Lyons (gov't. securities) Trust #2 | A | Interest | | | Sold | 12/19 | J | A | |
| 19 Flying Rooster Farm, Inc. (Common Stock) | | None | K | U | | | | | |
| 20. Rental Prop No. 1, Whitley Co., KY (Purchase 2002 $128,000) | C | Rent | M | R | | | | | |
| 21 Procter & Gamble (Common Stock) | A | Dividend | K | T | Transferred (to line 26) | 11/12 | K | | |
| 22. Rental Prop No. 3, Whitley Co., KY. (Purchase 2006 $75,000) | C | Rent | L | R | | | | | |
| 23 US Bancorp (Common Stock) Trust #2. | A | Dividend | | | Sold | 12/16 | J | | |
| 24 Hillard & Lyons Unit Invest.Trst-Source Captl Trust-Trst # 2 | B | Int./Div. | | | Sold | 12/16 | J | | |
| 25. SY Bancorp (pfd stock) | | None | K | T | Buy | 12/18 | K | | |
| 26. Smucker Co. | A | Dividend | J | T | Transferred (from line 21) | 11/12 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From VII - Investments

Line 4 - Value of Kentucky Mine Supply stock derived from appraisal in 2008 by corporate president.

Line 11 - Assessed value is at 100%   Total assessed value is $14,110.  My part was 1/3, but I purchased the other 2/3 from the Patricks.

Line 13 - As royalties were paid, they were deposited into bank.  Assessed value for gas leases is at 100% and at $160,307.  Leaseholds were transferred to Harry Jeffries Holdings LLC, which is the corporation set up by the trust beneficiaries.

Lines 21 & 26 - Proctor & Gamble offered to exchange its stock for Smuckers, and this is so reflected.  No money was involved.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544